UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

MINEL ARIAS,
                    Defendant.

18-CR-572 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    By order dated December 21, 2020, this Court denied Defendant Minel Arias's motion for compassionate release under the First Step Act, 18 U.S.C. § 3582(c)(1)(A). (Dkt. No. 57.) Defendant, proceeding *pro se*, has moved for reconsideration of that order and has filed a number of supplemental letters. (*See* Dkt. No. 59-62.)

    Defendant correctly points out that this Court denied his motion before it had received his reply submission. (Dkt. No. 58.) In that submission, he states that, contrary to the Government's assertion (Dkt. No. 56), he has been diagnosed with hypertension and is being treated with medication while incarcerated.

    The Government is directed to respond to any new points raised in Defendant's reply submission and his subsequent letters within 14 days after the date of this order. The Government may submit any pertinent medical records from the BOP under seal by emailing them to the Court's chambers email address.

    The Government is directed to send a copy of this order to Defendant.

    SO ORDERED.

Dated: February 22, 2021
       New York, New York

                                          J. PAUL OETKEN
                                        United States District Judge