UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MINEL ARIAS,
                      Defendant.

18-CR-572 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

By order dated December 21, 2020, this Court denied Defendant Minel Arias's motion for a sentence reduction under the First Step Act, 18 U.S.C. § 3582(c)(1)(A). (Dkt. No. 57.) Defendant, proceeding *pro se*, has moved for reconsideration of that order and has filed a number of supplemental letters. (Dkt. No. 58-62, 65-66.) The Government has filed an opposition to Defendant's motion. (Dkt. No. 64.)

Although Defendant suffers from obesity and hypertension, he is now fully vaccinated, having received his second dose of the Pfizer vaccine in early March of this year. The Court therefore does not find "extraordinary and compelling reasons" that warrant a sentence reduction based on the Covid pandemic. And, for the reasons stated at sentencing and in this Court's December 21, 2020 order, the Section 3553(a) factors do not justify a sentence reduction given the seriousness of Defendant's criminal conduct and the need to further the purposes of deterrence, respect for the law, and just punishment.

Accordingly, Defendant's motion for reconsideration is denied.

The Government is directed to send a copy of this order to Defendant.

SO ORDERED.

Dated: May 11, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge